# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

---

DOVID KOHN,

                             Petitioner,

v.

JOHN DOE, et al.,

                             Respondents.

Case No. 3:25-cv-00454-KAP

---

## STIPULATION OF DISMISSAL

Petitioner was removed from the US to Israel on June 9, 2026, as evidenced by the attached Form I-205, Warrant of Removal.  The parties hereto, through their respective counsel, thus stipulate that this action be dismissed, and without costs or fees to either party.

Dated: June 30, 2026

*/s/ Paul O'Dwyer*
Paul O'Dwyer
Law Office of Paul O'Dwyer PC
Attorney for Plaintiff *pro hac vice*
11 Broadway, Suite 715
New York NY 10004
(646) 230-7444
paul.odwyer@paulodwyerlaw.com

TROY RIVETTI
United States Attorney for the
Western District of Pennsylvania
*By:  /s/ Michael Leo Ivory*
Michael L. Ivory (PA ID 59296)
Assistant U.S. Attorney
Western District of PA
Joseph F. Weis, Jr., U.S. Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
(412) 644-3500
michael.ivory@usdoj.gov

AND NOW, this ___2nd___,
day of __July__, 20_26_,
IT IS SO ORDERED,

_____
UNITED STATES DISTRICT JUDGE